FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS6

**RAYMOND CONSTANTINE,**

Plaintiff,

vs.

**UNION MANAGEMENT SERVICES, LLC,**

Defendant.

CASE NO.: **EDCV11-00018 AG(OPx)**

~~ORDER~~ JUDGMENT

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED *AND ADJUDGED* that ~~Plaintiff's Motion for entry of~~ default judgment be entered ~~as to~~ *against* Defendant, Union Management Services, LLC, in the amount of five thousand eight hundred and ninety dollars and zero cents ($5,890.00). *This amount includes Plaintiff's reasonable request for attorney fees and costs.*

Dated this 6TH day of July, 2011

Honorable Andrew J. Guilford

ORDER